ALEX G. TOVARIAN, State Bar No. 264547
LAW OFFICE OF ALEX G. TOVARIAN
425 California Street, Suite 1900
San Francisco, CA 94104
Tel:   415.984.9990
Fax:   415.520.5830
tovarianlaw@gmail.com

Attorneys for Plaintiff
ANDREY ADAMENKO


MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:   650.843.4000
Fax:   650.843.4001
mriechert@morganlewis.com

Attorneys for Defendant
ARAMARK CAMPUS, LLC, erroneously sued as
ARAMARK, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREY ADAMENKO, | Case No. 2:12-CV-03106-MCE-GGH |
| Plaintiff, | **JOINT STIPULATION TO REMAND; ORDER** |
| vs. | |
| ARAMARK, INC. and DOES 1 through 25, inclusive, | Complaint Filed: November 30, 2012 |
| Defendants. | |

Plaintiff Andrey Adamenko ("Plaintiff") and Defendant ARAMARK Campus, LLC, erroneously sued herein as ARAMARK, INC. ("ARAMARK") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on or about November 30, 2012, Plaintiff filed the Complaint in the instant

action in Sacramento County Superior Court, Case No. 34-2012-00133073;

WHEREAS, on or about December 28, 2012, Defendant removed the case to the Eastern District of California based on federal diversity jurisdiction;

WHEREAS, on or about January 31, 2013, Plaintiff filed and served an Amended Motion to Remand ("Motion") on the basis that the amount in controversy in this action does not exceed $50,000;

WHEREAS, after meeting and conferring, the Parties agree that the amount in controversy in this action, including damages, attorney's fees, costs and interest, does not exceed $50,000; as a result, federal diversity jurisdiction does not exist in this case and the case should be remanded to Sacramento County Superior Court, where it was originally filed;

THEREFORE, IT IS HEREBY STIPULATED by the Parties that,

1. The amount in controversy in this action does not exceed $50,000, inclusive of damages, attorneys' fees, costs, and interest, and Plaintiff does not and will not seek damages, attorney's fees, costs, and interest in excess of $50,000;

2. Plaintiff shall withdraw his Motion to Remand, including the request for attorney's fees and sanctions; and

3. This action shall be remanded to Sacramento County Superior Court, where it was originally filed.

| | |
|---|---|
| Dated: February 26, 2013 | LAW OFFICE OF ALEX G. TOVARIAN |
| | By /s/ Alex G. Tovarian<br>ALEX G. TOVARIAN<br>Attorneys for Plaintiff<br>Andrey Adamenko |
| Dated: February 26, 2013 | MORGAN, LEWIS & BOCKIUS LLP |
| | By /s/ Melinda S. Riechert<br>MELINDA S. RIECHERT<br>Attorneys for Defendant<br>ARAMARK CAMPUS, LLC, erroneously sued as ARAMARK, INC. |

### ORDER

Having reviewed the foregoing Stipulation, the pleadings and papers on file in this action, matters of which the Court may properly take judicial notice, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the instant action is remanded to Sacramento County Superior Court. Each party will bear his own costs and fees related to removal and remand.

IT IS SO ORDERED.

Dated: March 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE